# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BONNIE SMITH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SEDGWICK CLAIMS MANAGEMENT ) <br> SERVICES, INC., a Foreign for Profit ) <br> Corporation, ) <br> ) <br> Defendant. ) | Case No. 222-cv-02201-JPM-tmp |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENTS AND DISMISSING CASE

Before the Court is Plaintiffs Bonnie Smith, Joylealia Wartian, April Phelps, Brittany Sapp, and Timika Killings ("Plaintiffs") and Sedgwick Claims Management Services Inc.'s ("Defendant") (collectively, the "Parties"), Joint Motion to Approve Settlement Agreements ("Joint Motion"), filed on March 31, 2023. (ECF No. 51.) The Motion is **GRANTED**. The following is **ORDERED**:

1. For the reasons set forth in the Parties' Motion to Approve Settlement, this Court finds that the requirements of 29 U.S.C. § 216(b) are met and the Settlement Agreements are fair, reasonable and an adequate resolution of a bona fide dispute under the Fair Labor Standards Act ("FLSA").

2. The Court finds that the Settlement Agreements will allow Plaintiffs to receive valuable compensation for their claims and avoid the risks and expense of continued litigation.

3. The Court has reviewed the terms and conditions of the Settlement Agreements, including the monetary relief provisions for Plaintiffs and for attorneys' fees and costs, and the release of claims by Plaintiffs.

4. Based upon its review of the Settlement Agreements, the Parties' Joint Motion to Approve Settlement, and the Court's familiarity with this case, the Court finds that the Settlement Agreements are the result of arm's-length negotiations between the Parties, and based upon all factors reviewed, the Court find the Settlement Agreements to be fair and reasonable.

5. The Action is **DISMISSED WITH PREJUDICE**.

6. The Court will retain jurisdiction over the implementation of the Settlement Agreements, as well as any and all matters arising out of, or related to, the implementation of the Settlement Agreements

**SO ORDERED**, this 6th day of April, 2023.

                                             s/ Jon P. McCalla  
                                             JON P. McCALLA  
                                             UNITED STATES DISTRICT JUDGE