IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BONNIE SMITH, et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:22-cv-02201-JPM-tmp ) ) |
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a Foreign for Profit Corporation, | ) ) ) ) |
|     Defendant. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Joint Motion, filed on March 31, 2023 (ECF No. 51), and the Court having entered an Order of Dismissal (ECF No. 52),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

  s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

  April 6, 2023
Date